**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 06-6928

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

HOWARD HARDY,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (1:95-cr-00156)

_____

Submitted: August 24, 2006            Decided: August 31, 2006

_____

Before KING, SHEDD, and DUNCAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Howard Hardy, Appellant Pro Se.  Irvin McCreary Allen, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Howard Hardy appeals the district court's order denying as untimely his motion to withdraw his guilty plea in a 1995 criminal case. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Hardy</u>, Case No. 1:95-cr-00156 (E.D. Va. Apr. 26, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>